**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| ROXANN MARIE PADILLA, ) | Case No. 22-12638 TBM |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| DAVID V. WADSWORTH, ) | Adversary Proceeding No. 23-1097 TBM |
| Chapter 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MAKWA FINANCE, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Dorelia E. Tackett, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Summons, Notice to Litigants and a copy of the Complaint was made this 18th day of April, 2023, by first-class United States mail, postage pre-paid, addressed to:

Makwa Finance
LDF Holdings LLC
c/o Elise Susnik, Registered Agent
3471 County Hwy NN
West Bend, WI 53095

Makwa Finance
Legal Department
PO Box 343
Lac Du Flambeau, WI 54538

Makwa Finance
Legal Department
PO Box 231
Lac Du Flambeau, WI 54538

Under penalty of perjury, I declare that the foregoing is true and correct.

DATE: April 18, 2023            */s/ Dorelia E. Tackett*
                                For Wadsworth Garber Warner Conrardy, P.C.