## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROXANN MARIE PADILLA, | ) | Case No. 22-12638 TBM |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DAVID V. WADSWORTH, | ) | Adversary Proceeding No. 23-1097 TBM |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MAKWA FINANCE, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41

David V. Wadsworth, chapter 7 trustee ("Trustee"), hereby provides notice of dismissal of this proceeding pursuant to Fed. R. Civ. P. 41(a)(1)(A), made applicable herein by Fed. R. Bankr. P. 7041.  Dismissal without court order is appropriate because Defendant filed no responsive pleading.

DATED this 23rd day of June, 2023.

Respectfully submitted,

*/s/ David V. Wadsworth*

_____
David V. Wadsworth, #32066
2580 West Main Street, Suite 200
Littleton, Colorado  80120
303-296-1999 / 303-296-7600 FAX
dwadsworth@wgwc-law.com